# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BENNIE CARL GATEWOOD,<br><br>                                                Plaintiff,<br><br>v.<br><br>ALLSTATE LIFE INSURANCE COMPANY,<br><br>                                                Defendant. | Case No: 5:14-cv-373 C |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Bennie Carl Gatewood, and the Defendant, Allstate Life Insurance Company, hereby stipulate through their respective counsel that this case is dismissed without prejudice to the re-filing thereof, with each party to bear its own costs and attorney fees.

Dated this 24th day of July, 2014.

| | |
|---|---|
| s/Steven S. Mansell | s/Adam J. Strange |
| Steven S. Mansell, OBA #10584 | Adam J. Strange, OBA #20347 |
| Mark A. Engel, OBA #10796 | **JONES, GOTCHER & BOGAN** |
| Kenneth G. Cole, OBA #11792 | 3800 First Place Tower |
| MANSELL ENGEL & COLE | 15 East Fifth Street |
| 101 Park Avenue, Suite 665 | Tulsa, OK 74103-4309 |
| Oklahoma City, Oklahoma   73102 | T: (918) 581-8200 ** F: (918) 583-1189 |
| T:  (405) 232-4100 ** F: (405) 232-4140 | Email:  astrange@jonesgotcher.com |
| E:mail: mansell-engel@coxinet.net | |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |